Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

*E-FILED 10/18/05*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CV-04-5051 RS |
| Plaintiff, | Hon. Richard Seeborg |
| vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT DUONG VONG; [PROPOSED] ORDER THEREON** |
| DUONG VONG, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant DUONG VONG ("Defendant").  This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action to date.

/ / /

/ / /

/ / /

/ / /

/ / /

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT DUONG VONG;
[PROPOSED] ORDER THEREON**

1    Defendant answered the Complaint on or about November 30, 2004.  DIRECTV,

2  therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court

3  order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an

4  order dismissing Defendant with prejudice.

5  DATED: October 17, 2005                    Respectfully Submitted,

6                                             BUCHALTER NEMER
                                              A Professional Corporation
7

8                                             By:_____/s/ Brandon Q. Tran_____
9                                                       Brandon Q. Tran
                                                  Attorneys for Plaintiff DIRECTV, Inc.
10

11

12

13                                    **<u>ORDER</u>**

14    Having read the foregoing Request for Voluntary Dismissal of Defendant

15  DUONG VONG filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed

16  appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as

17  follows:

18    1.    This action is hereby dismissed with prejudice as against Defendant

19  DUONG VONG; and

20    2.    Each party shall bear its/his own attorneys' fees and costs incurred in this action to

21  date.

22  DATED:   October 18, 2005

23                                             /s/ Richard Seeborg
                                              _____
24                                             Honorable Richard Seeborg
                                              United States District Court
25                                             Northern District of California

26

27

28

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT DUONG VONG;**
**[PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.